# In The First Judicial District of Pennsylvania

## Civil Division

Benjamin T. Nash
   vs.
Mitchell, Brian

Narrative: On September 10, 2022 at approximately 7am, I was in my garage getting ready for work. Suddenly I heard my dog barking as if there were an intruder approaching, so I went to the door to investigate. Upon me reaching the door I noticed that the police were in my yard with there guns drawn. Immediately after I appeared at the door about 8 shots were fired through my garage door without warning. Naturally out of fear I turned and tried to take cover to avoid being shot, but was hit once in the buttocks and fell to the ground. The police then entered my garage without a warrant or reason to apprehend me. While I was on the ground suffering from a gun shot wound to the rear-end, an officer then got on top of me putting his knee in my back and cuffed me. No EMT was called for the injuries that I suffered at the hands of the Philadelphia Police. I was just thrown in the back of a squad car and driven to Albert Einstein Medical Center. After being there for about an hour and a half, and not receiving proper

medical attention for my injuries I was taken to 24th & Wolf street, then taken to CFCF on state Road. All the while my wounds were bleeding through the bandages and my clothes. Shortly after arriving at CFCF I fainted due to my injuries and remember waking up in a hospital.

My argument is that, for one the police had no business being on my property. They were not called to my location for any kind of disturbance.
For two, the police had no warrant to enter my property.
For Three, I was posing no threat to the police for them to fire 8 rounds at me through my garage door striking me once.
Police did not call for a sgt, or Lt., or medics once shots were fired and I was struck. Instead of an ambulance I was thrown in a squad car by the cop that shot me.
The responding officer had no lawful reason for firing 8 rounds at me, and his story and reason for doing so is fabricated.



Benjamin T Nash
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 893981
8301 State Rd

PHILADELPHIA PA 190
15 SEP 2023 PM 7 L

RECEIVED SEP 18 2023

U.S.M.S.

U.S. District Court, Eastern
District of Pennsylvania
601 Market St room 2609
Phila, PA 19106-1797

19106-179699